FILED
2008 Jul-03  AM 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SHELDON SULLIVAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action Number: |
| | ) | 2:08-CV-0506-RDP |
| HOME LOAN SERVICES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs and Wachovia Dealer Services, Inc., through their

respective counsel, and hereby stipulate that Plaintiffs' claims against Defendant

Wachovia Dealer Services, Inc. should be dismissed, *with prejudice*, costs taxed as

paid. This case remains open against Home Loan Services, Inc.

_____
M. STAN HERRING
M. Stan Herring, P.C.
700 29th Street South
Birmingham, Alabama  35233
Attorney for Plaintiffs

_____
JOHN G. WATTS
Watts Law Group, P.C.
P.O. Box 531168
Birmingham, Alabama  35253
Attorney for Plaintiffs

B DKA 792086 v1
1039341-000143 7/1/2008

_Keith Andress_

D. KEITH ANDRESS
Baker, Donelson, Bearman,
  Caldwell & Berkowitz, P.C.
Wachovia Tower
420 20th Street N., Ste. 1600
Birmingham, AL 35203-5202
Attorney for Wachovia Dealer Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following by electronic mail via the Court's electronic filing system or by U.S. mail, properly addressed and postage prepaid, this the ___3___ day of July, 2008:

Luther M. Dorr, Jr., Esq.
Maynard, Cooper & Gale
2400 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama  35203

OF COUNSEL

2